FILED'06 JUN 05 13:03USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


RODNEY L. SANER,                                        Civ.  No. 05-11-TC

      Plaintiff,                                           ORDER

    v.

DESCHUTES COUNTY SHERIFF
DEPUTY MICHAEL MALLOY, et al.,

      Defendants.

_____

Aiken, Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation
in the above-captioned action on May 9, 2006.  Magistrate Judge
Coffin recommends that the moving defendants' motion for summary
judgment be granted and plaintiff's claims against them dismissed
for failure to exhaust administrative remedies.  The matter is now
before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).


-1-  ORDER

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de</u> <u>novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff arguably has filed timely objections to the Findings and Recommendation. I have, therefore, given <u>de</u> <u>novo</u> review of Judge Coffin's thorough opinion, and I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 77) filed May 9, 2006, is ADOPTED. Defendants' Motion for Summary Judgment (doc. 33) is GRANTED, and plaintiff's claims against defendants Deschutes County Sheriff Corrections Health Services, Deputy Molen, Deputy Bishop, Deputy Bailey, Deputy Lucas, Marcia Stone and Sgt. Terese Jones are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated this __5__ day of June, 2006.

_____
Ann Aiken
United States District Judge

-2-   ORDER